# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

129340

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEPHEN XAVIE COCHRANE,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129340
COA: 251043
Saginaw CC: 02-021253-FC

_____/

On order of the Court, the application for leave to appeal the July 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would reverse and remand this case to the circuit court for a new trial.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

s1208

_____
Clerk